IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE: Harry Cameron Clark, Sr., #18-30365-SHB
Iris Melissa Clark    Chapter 13

OBJECTING PARTY: **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

\_\_\_ 1. Debtor(s) not eligible for chapter 13 relief. 11 U.S.C. § 109

\_\_\_ 2. Plan not proposed in good faith. 11 U.S.C. § 1325(a)(3)

_x_ 3. Creditors receive less under the plan that they would receive in a chapter 7. 11 U.S.C. § 1325(a)(4)

\_\_\_ 4. Plan does not provide for payment of all disposable income. 11 U.S.C. § 1325(b)

_x_ 5. The plan is not feasible. 11 U.S.C. § 1325(a)(6)

\_\_\_ 6. Petition not filed in good faith. 11 U.S.C. §1325 (a)(7)

\_\_\_ 7. Debtor(s) has failed to pay required domestic support obligations post-petition. 11U.S.C. §1325 (a)(8)

\_\_\_ 8. Unsecured claims are improperly classified or plan unfairly discriminate as a class. 11 U.S.C. § 1322(b)(1)

\_\_\_ 9. Plan improperly provides for lien avoidance.

\_\_\_ 10. Collateral is undervalued or all collateral not listed. 11 U.S.C. § 1325(a)(5)(B)

\_\_\_ 11. No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B)

\_\_\_ 12. Lack of adequate protection, either in monthly payment on secured debt or absence of insurance. 11 U.S.C. §1325(a)(5)(B)

\_\_\_ 13. The plan does not permit a deficiency claim.

\_\_\_ 14. Security interest in principal residence is impermissibly modified, no mortgage arrearage listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2)

\_\_\_ 15. Plan does not provide for lien retention for a secured claim. 11 U.S.C. § 1325(a)(5)(B)

_x_ 16. Debtor(s) have unfiled federal income tax return for 2017. 11 U.S.C. §1325 (a)(9).

\_\_\_ 17. Debtor(s) have failed to provide Trustee with copies of federal income tax returns.

_X_ 18. Trustee preserves any and all other applicable objections to confirmation.

\_\_\_ 19. Other :_____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

/s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995